HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELSEY ANN PITTS,<br>         Plaintiff,<br>   v.<br>GENERAL ELECTRIC COMPANY,<br>et al.<br>         Defendants. | CASE NO. C13-1630RAJ<br><br>ORDER |

This matter comes before the Court on defendant Housing Authority of King County's ("HAKC") motion for leave to amend its answer and cross-claim. Dkt. # 29. Plaintiff has not opposed. Accordingly, the Court GRANTS HAKC's motion for leave to amend. Defendant may file its amended answer with cross-claim within five days of this order.

Dated this 27th day of June, 2014.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 1