HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KELSEY ANN PITTS, an individual,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY, et al.,

    Defendants.

CASE NO. C13-1630 RAJ

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

This matter comes before the court upon the stipulation of the parties regarding voluntary dismissal of defendant King County Housing Authority ("KCHA"). Dkt. #134. The claims against KCHA are hereby dismissed with prejudice. The clerk is directed to terminate KCHA's pending motion for summary judgment. Dkt. # 31.

Dated this 26th day of January, 2015.

WILLIAM M. MCCOOL
Clerk

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER- 1